**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** Western **DISTRICT OF TENNESSEE** ~~15 OCT 16  AM 10: 49~~
_____ **DIVISION**
Eastern

RECEIVED

Mathis Meadows #317347     )

_____,     )

_____,     )

**Plaintiff(s),**     )

**Vs.**     )     **Docket/Complaint No.**_____

)     **JURY TRIAL DEMANDED**

Hardeman co. correctional     )
facility   C.C.A     )

_____,     )

**Respondents.**

---

| **COMPLAINT FOR VIOLATION OF CIVIL RIGHTS** |
| **UNDER 42 U.S.C. §1983** |

I.     **PREVIOUS LAWSUITS**

A.     Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  Yes (    ) No (✗ )

B.     If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuit on another piece of paper, using the same outline.)

Plaintiff(s) ████████████████████████████████

████████████████████████████████

████████         ██

_____

_____

1

Defendant(s) _____

_____

_____

_____

2.    Court [if federal court, name the district; if state court, name the county]

██████████████████████████████████████ _____

_____

_____

3.    Docket number: _____

4.    Name of judge to whom case was assigned: _____

5.    Disposition [for example: was the case dismissed?  Was it appealed?  Is it still pending?]

_____

6.    Approximate date of filing lawsuit: ████████ _____

7.    Approximate date of disposition: _____

## II.    PLACE OF PRESENT CONFINEMENT:

**Hardeman County Correctional Facility**
**2520 Union Springs Road**
**PO Box 549**
**Whiteville, TN 38075**

A.    Is there a prisoner grievance procedure in this institution?   Yes (X)  No ( )

B.    Did you present the facts relating to your Complaint in the state prisoner grievance

procedure?    Yes (X)      No ( )

C.    If your answer is yes,     On July 28th 2013

    1.    What steps did you take? I filed a grievance, it was denied because of the 7 day procedure of filing a grievance so i appealed it to the commissioner. It is currently still pending and it has been about a month ago. I filed a title VI with the Tennessee Human Rights Comission.

2

2.      What was the result? ~~████████████████████~~

The original grievance is still pending.

_____

_____

_____

D.      If your answer is "no" explain why not: _____

_____

_____

_____

_____

E.      If there is no prisoner grievance procedure in the institution, did you complain to prison

authorities?     Yes ( )      No ( )

F.      If your answer is yes,

1.      What steps did you take? _____

_____

_____

_____

2.      What was the result? ~~████████████~~ _____

_____

_____

_____

## III.   PARTIES:

[In item A below, place your name in the first blank and place your present address in the second

blank.  Do the same for additional Plaintiffs, if any.]

A.      Name of Plaintiff(s): _Mathis Meadows #317347_

_____

_____

_____

_____

Address: _HCCF_
         _P.O. Box 549_
         _Whiteville, TN 38075_

3

Name of Defendant: _C.C.A_____

_____ is

employed as _A Prison_____ at _Hardeman Co. Correctional_
_facility_

Name(s) of additional Defendants: _Warden Donahue,_
_Capt. N. Jones, Mrs. Sheila Martin_
_____

_____

## IV.   STATEMENT OF CLAIM:

[State here as briefly as possible the facts of your case.  Describe how each Defendant is

involved.  Include also the names of other persons involved, dates and places.  Do not

give any legal arguments or cite any cases or statutes.  If you intend to allege a number of

related claims, number and set forth each claim in a separate paragraph.  Use as much

space as you need. Attach additional sheets if needed.]

At 1311 hrs. on July 1st 2013 i was stabbed in protective
custody at Hardeman county correctional facility I
received 25 stiches 15 stiches on my face. and 10
stiches in my upper left shoulder all can be varified
on my medical Records and pelco #7 mrs. sheila
martin #2 capt. N. Jones did the investigation
on this incident. During the stabing incident i was
not taken to the hospital for proper medical
treatment. After the investigation mrs. martin,
and capt. N. Jones stated on my disciplinary write.
up that their were no weapons involved or injuries.
Inmate nathan vineyard # 508380 the inmate
who stabed me was taken to the hospital that
day -

## V.   RELIEF

[State briefly EXACTLY what you want the Court to do for you.]   Make no legal

arguments.

Cite no statutes:

-continuation                                                        9-22-13

And was sent to segregation with no medicine
for over 24 hours were my shoulder and face
swelled up badly. #3 warden Donahue could have
had me sent to a hospital to get proper medical
treatment. After i was released from segregation i
lost my job because i was sent to another pod were
inmate pinson # 434686 kept his job, as he was
the enitciator in the incident both inmates were
cellmates and white and are known racist which
is why i filed a title VI with the Tennessee Human
Rights Commission central office, were they
contacted me saying they are investigating this
incident.

Both inmates are still at this facility HCC.F and
my life can still be in danger. I do believe that
inmate vineyard # 508380 tried to kill me and
that this facility doe's not care and is trying to
cover it all up and that their may be some
retailiation from staff after i file this lawsuit. And
i feel the main reason for incidents like this has
happen to inmates on protective custody is the pods
are open from 6 AM - 9 pm everyday? P.C is suppose
to be 22 and 2 lockdown from my understanding?

## V.    RELIEF

[State briefly **EXACTLY** what you want the Court to do for you.]  Make no legal arguments.

Cite no statutes.] Award compensatory damages in the amount of $ 100,000 against each named defendant B. Award punitive damages in the following amounts of $20,000 each against each named defendant

Signed on this _____ day of _____, 20___.

*Mathis Meadows*

Plaintiff

T.D.O.C. # 317347

Hardeman County Correctional Facility
2520 Union Springs Road
P.O. Box 549
Whiteville, Tenn. 38075

I declare under penalty of perjury that the foregoing is true and exact, to the best of my

knowledge, information and belief.

_____          _____
Date                                                    Plaintiff

## NOTARY

**Sworn to and subscribed before me** this the 1 day of Oct , 20 13

9 - 18 - 16

(MY COMMISSION EXPIRES)                (NOTARY PUBLIC SIGNATURE)

5

## DETERMINATION OF NON-INDIGENCY

It appearing based upon the Affidavit of Indigency filed in this Cause and after inquiry made that

the Plaintiff is not an indigent person because: _____

_____

_____

_____

_____


_____

HONORABLE JUDGE


**NOTICE:** If the judge determines that based upon your affidavit you are not eligible to
             proceed
 under a pauper'' oath, you have the right to a hearing before the judge or, in those cases that
 can
 be appealed to Circuit Court, a hearing before the Circuit Court Judge.