# United States District Court
## WESTERN DISTRICT OF TENNESSEE

### JUDGMENT IN A CIVIL CASE

MATHIS MEADOWS,
Plaintiff,

v.

CASE NUMBER: 1:13-cv-1279-T

CORRECTION CORPORATION
OF AMERICA, et al.,
Defendants,

**Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 5/21/14, the Court DISMISSES the complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1). Judgment shall be entered for all Defendants.

It is therefore CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal in this matter by Plaintiff would not be taken in good faith and Plaintiff may not proceed on appeal *in forma pauperis*. For analysis under 28 U.S.C. § 1915(g) of future filings, if any, by Plaintiff, this is the first dismissal of one of his cases as frivolous or for failure to state a claim. This "strike" shall take effect on entry of judgment.

APPROVED:

   s/ **James D. Todd**
   JAMES D. TODD
   UNITED STATES DISTRICT JUDGE


THOMAS M. GOULD
CLERK

BY: s/Anna Jordan
DEPUTY CLERK